# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

US BANK NATIONAL ASSOCIATION,
                            Plaintiff(s),

vs.                                            Case Number: 19-CV-482-JED-FHM
                                                 State Court Case No. CJ-17-1957

TONNIE CHICKE NICHOLS, et al,
                            Defendant(s).

### MINUTE ORDER

An order having been made remanding the above-numbered case to the Tulsa County Court. We are transmitting herewith certified copies of the order and District Court docket sheet in the action.

Mark C. McCartt,
Clerk of Court, United States District Court

s/S. Cotner

By: S. Cotner, Deputy Clerk