

FILED

DEC 2 0 2019

Mark C. McCartt, Clerk
U.S. DISTRICT COURT

Boris Nichols and Tonnie Smith Nichols
Applicants Pro Per
8562 E 32nd St.
Phone:(918) 812-8578
Email: Tonnie2you@msn.com

**REBUTTAL, RESPONSE, COUNTER OFFER AND OBJECTION TO ALL ADVERSE
AND MOOT ACTIONS, OPINIONS AND DECISIONS AGAINST THE CLAIMANTS.**

THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| In re the matter of: | Case Number: 4:19-CV-00482 JED-FHM |
| Boris Nichols and Tonnie Smith Nichols<br><br>VS<br><br>U.S.BANK  NATIONAL ASSOCIATION ET .AL | AFFIDAVIT OF BORIS NICHOLS IN SUPPORT OF FACTS |

**CAUSE OF ACTION**: EQUITABLE ESTOPPEL, TITLE 42 USC 14141 & ECT.-OFFICIAL MISCONDUCT

**SUBJECT MATTER**: TITLE 18 USC 241-242 & ECT-DEPRIVATION OF RIGHT IN CONSPIRACY.

I, Boris Nichols, being of sound mind and over the age of (21) twenty-one, do declare and affirm under penalty of perjury of the following first-hand knowledge, common sense and reasonable belief:

1. Affiant Boris Nichols and Tonnie Nichols is party to an arbitration agreement with U.S. Bank,  National Association, Et Al, First Mortgage, LLC and Andy Cerere, CEO et.al dated JULY 11, 2019 only. Now comes the natural, aggrieved woman, Tonnie Nichols and aggrieved natural man Boris Nichols with the affirmed affidavit and verified statement of facts in which, Agent Dowdell gave an unauthorized opinion, stating  that he, Agent Dowdell stated that the "arbitrator was not a legit arbitrator". The Claimant Conditionally, accepts

Agent Dowdell's premise, Upon Offer of Proof of Claims and Proof authority to interfere with the Claimant's ability and right to contract in equity? As a natural conscious persons, the Claimants, as ones of "WE" the People do NOT elect or condone officials who are not for the people and war with the United States of America's constitution. The non-facts and opinions in this case, by Agent Dowdell must be removed, discharged, vacated, stayed, discharged and expunged. The Claimant requires and insist that by ONLY verified sworn affidavit, with first-hand knowledge of S.A.A. LIMITED or the contracting arbitrator ONLY to state claims against the Claimant and IMMEDIATELY WITHOUT DELAY CEASE AND DESIST all defamation and assassination of the Claimant's character and grave slander. The Claimants and natural persons Boris and Tonnie Nichols are NOT lawyers, and there was no consideration for the rules in this court to keep natural, conscious people fair justice against fraud and irreparable injury.

2. The Facts of this case have been ignored and the Agent Dowdell is biased and defective and Agent Dowdell has committed a fraud upon the court and the People and the Claimants of the United States of America, falsified the court record, tampered with evidence and this Agent Dowdell has Breached his oath of office, B.A.R. laws, Maritime Laws, Anti-Bribery Statement, Foriegn

Statement Clause,  and is **ECCLESTATICALLY** Dishonored. This matter MUST be reviewed because there is NO contract with Tonnie Nichols, Boris Nichols and U.S. BANK NATIONAL ASSOCIATION. FURTHERMORE, PRIMA FACIE,-ON ITS FACE, DEFACTO-NO FACTS, BY A PREPONDERANCE OF EVIDENCE, LACKING SUBJECT MATTER, JURISDICTION AND MOOT IN ITS ENTIRETY. The Claimant's agrees to contract at anytime in conception of purchase of our home between Alisha Deere and Boris and Tonnie Nichols. [DECEPTIVE BUSINESS PRACTICES:]-At NO OCCASION OR OCCURRENCE was there ANY VALID OR OTHERWISE contract between U.S. BANK and the Claimant. There is no sworn affidavits as to U.S..BANK SHOWING PROOF OF CLAIMS, with first-hand knowledge.

3. The Claimant has not been afforded DUE PROCESS,  AND EQUITY IN THE LAW BY THE BIAS AGENT Dowdell who procedurally and ethically error, lacking Personal Jurisdiction and with all due respect, first hand knowledge of the law, made apparent by the Agent Dowdell's written and spoken opinions on __09_/_10__/20__19_A.D.,  which deprived the Claimants of a fair hearing, and Due Process. The agent Dowdell, has caused irreperable injury to the Claimant through Agent Dowdell's character assassination of the company SAA LIMITED, which provides arbitrational services and contract common law remedy by Third Party Arbitration. Take Judicial notice, with all due

respect, that Agent Dowdell's slander in this matter is a breach of the judicial canons, Bar Laws, Maritime laws, and breach of judicial conduct, manners, and personal and mental awareness. The Claimants are concerned with the mental status of this agent Dowdell, because it has caused irreparable harm to the natural persons Tonnie Nichols and Boris Nichols and the PEOPLE all over the United states of America by erroneously, and inappropriately attaching his-Agent Dowdell personal and biased opinion to try to establish case law. This is the Claimant's belief that 90 percent of all cases brought by the people in the courts are dismissed. This supports the Claimant's position of a deprivation of rights in conspiracy against the people.

4. The Claimants also add that, this court is operating under maritime law by the fringes on the flag, in the court and the performance of words, by the Agents, Judges, lawyers and their moot and biased responses, granting motions with preferential treatment to the Bar members (Lawyers and Judges rulings). The Claimant recognizes the court agents perform, prosecute and bid on cases lacking true and valid evidence. But first come, first served, lacking care or concern for the best interest of the parties or the law. The Agents of the courts are as "Pirates" at sea, removing vast numbers of Claimant's to their rightful "booty" and destroying the Claimant's and the People's right to the pursuit of happiness, life, liberty and freedom. The Claimant's reference booties as (assets) taken from the people of the land. With all due

respect, This game of "Word-play" is disgusting and has become a detriment to the people,  and the reason why natural persons, attempt to create contracts of "our" own, like we're supposed to be afforded, in common law. This court has and is  not operating under common law but,  operating under man-made and moot rules which change every case and day.

5.   When Claimant's request  motion(s), in Equity, it is never answered until, BIASED  ruling(s) of the Agent Dowdell who gives, to the apparent bar member, and  grants whatever they opposed party request in verbally, in motions or orders without any proof of claim, which can be ascertained on the internet or public domain. As previously stated. All Bar members, of which the Agent Dowdell, acting as Judge is also a part of the Claimant's affidavit citing agent Dowdell's Conflict of interest in the captioned case(s) and matter(s). It is the belief the Claimant that 90% of all cases are being dismissed  in this court. With all due respect: the Claimant sees no equitable justice, in the captioned matter(s). With all due respect, the Claimant was, is are coercively contracting and participating in your "kangaroo" courts filled with the B.A.R., Maritime laws, fictitious and moot statues.

6.   In King James Bible states Luke 11:37 vs 56 "And He said, "Woe to you also, lawyers! For you load men with burdens hard to bear, and you yourselves do not touch the burdens with one of your fingers. Luke 11:37 vs 45 "Woe to you lawyers! For you have taken away the key of knowledge. You did not enter in yourselves, and those who were entering in you

hindered." <u>THE CLAIMANT RIGHTS HAVE BEEN IMPEDED AND HINDERED</u>.

7. 2 The repetitive abuse and misuse of this case by the agent John Dowdell presiding proves, that there is a need for the development of an equitable, legal entity that will not render moot case laws by opinions, de facto and jurisdiction. With all due respect, the Agent Dowdell, obviously has no firsthand knowledge of the law and the duties of his seat of office, and what the law requirements are for arbitration. If his, -Agent Dowdell, had firsthand knowledge, no offer of proof of claims were presented and the agent Dowdell's opinion is enforced as factual. Agent Dowdell is required under penalty and perjury to provide offer of Proof of claim to Claimant, IMMEDIATELY, WITHOUT DELAY or, RECUSE HIMSELF IMMEDIATELY WITHOUT DELAY, ATTACHING sworn affidavit of the facts to the CLAIMANTS or, AGENT Dowdell, REPENT, RENDERING IN FAVORABLE DECISION FOR THE CLAIMANTS or have it removed immediately.

8. Furthermore, the agent Dowdell did not have an objective opinion, but the views and comments appears to be totally personal and not beneficial to the natural man and woman Tonnie Nichols and Boris Nichols. (1)**We accept your oath of office**, but (2)not your personal opinion, which has caused irreparable harm to the Claimants and in other cases against the PEOPLE of The United States of America, lacking jurisdiction and under color of law.

9. The Agent Dowdell Impeding and obstructing this arbitration lacked jurisdiction and consent of the Claimants, and despite Agent Dowdell attempts to slander and abuse his power. The Claimants Boris and Tonnie Nichols want to add that the judge is practicing law from the bench by issuing an opinion, that's being passed around as if its law, also across the country which is not POSITIVE LAW AND IS **TREASON.**

10. All the information has not been brought forth  regarding the foreclosure, lacks sworn affidavit under penalty of  perjury and by offer of  proof of claim. Also, there are no valid, original documents for the court's Agent Dowdell,  opinions,  neither authenticated nor, verified this case  yet the Agent Dowdell's opinion unlawfully, stood as contract, injuring the Claimants, under duress and the Claimants mental understanding is **not** accurate.  If the Agent Dowdell wants to take cheap shots defaming the Claimants then the Claimant ask the Agent Dowdell recuse himself and send this case to another Agent that is not in dishonor or conflict with the Claimants. It appears that the Agent Dowdell libelous insults hurled at SAA LIMITED was personal because of the fact that Agent Dowdell **NEVER SEEN THE CLAIMANT'S CONTRACT** and used internet information, opinion, presumptions and presumptions, DE FACTO. They have provided a purported "Final Arbitration Award," issued by Sitcomm Arbitration Association in their exhibits. Agent John Dowdell states "That document is a bizarre

jumble of inconsistent, nonsensical word salad." It is evident that Agent Dowdell is practicing law from the bench which in Article 3 section 4 of the constitution states "The Judges, both of the supreme and inferior Courts, shall hold their Offices during good Behavior" The Claimants have beared the brunt of Agent Dowdell's emotional disdain for the Claimant's right to equitable justice. The foreclosure action against the claimants has been a grave injustice against the claimants. Agent Dowdell's Fraudulent acts to conceal his-agent Dowdell, misconduct and fraud upon the court and against the claimants. Agent Dowdell should have provided the claimant with the remedy. Claminat asserts the fact that no original contract was never entered into with U.S. BANK before December 19, 2018, stated and documented in the court of record. The Claimants have repeatedly request offer of proof of claims, proof of original notes, demanded the books be brought in to verify GAAP has been follow the laws and policies. The claimants are requesting that Agent DOWDELL do what's right and in the best interests of the Claimant, in accordance to the law. The claimants also assert that All the documents entered in the court of record including the service was copies, fraud and the agent DOWDELL allowed fraudulent records into the court of record.

FOR THE STATE OF THE UNION OF New York

For the County of Onondaga, On the land. U.s.a.

=========================================================================

Statement of Truth of Facts of a Concerned National:

<u>NATIONAL ORDER FOR COMPLIANCE</u>

Now Comes, (i) Rochelle-Maretta: Brooks, Concerned, United States of America, Indigenous National, natural (Wo)man, Sur Juris, Mother, Sister, Cousin, Aunt, Friend of the People of the United States of America and as one of the People: Nunc pro tunc-this for then, that on the day 16, of December /20 19 A.D. (i), (Wo)man, Rochelle-Maretta:Brooks, received first-hand, eye-witness testimony of and by the aggrieved natural (Wo)man and United States National Tonnie Smith Nichols, who has verified and provided proof of ALL claims, on a point by point basis with, facts, regarding the matter of:

<u>Aggrieved; Boris Nichols and Tonnie Smith Nichols.</u>

A.R., Holder in Due Course, Sur Juris, Plaintiff, Claimant, al., ect.,

-V-

U.S. BANK _____ al., ect.

Defendant/Respondent, al., ect.

=======================================

And upon belief of the facts stated herein, and the matter(s) being adjudicated, (i) Natural (Wo)man, Rochelle-Maretta:Brooks, act and come forth with this JUDGEMENT/ORDER FOR COMPLIANCE WITH EQUITABLE REMEDY, CURE AND MAINTENANCE OF THIS/THESE MATTER(S) OT POSSIBLE, SEALED, FORWARD AND PRESENTED THIS/THESE MATTER(S) BEFORE AND ONLY TO THE GRAND JURY, IMMEDIATELY WITHOUT DELAY, AS TIME IS OF ESSENCE.

% Rochelle -Maretta:Brooks

/S/ _Brusti Rochellothevube_

™ © Boris Nichols ®

% Rochelle-Maretta: Brooks

/S/ _Brooki Rchll Marotta_

™ © Tonnie Smith Nichols ®

_Bruts Rchll Blavitt_

/S/ ™ © Rochelle-Maretta:Brooks ®

% & RFD TO: 231 LILAC ST., SYRACUSE, NY [00000-13208] ONONDAGA COUNTY, U.S.A.

™ © SYRACUSESTOLEFAITHANDHOPE®

Boris Nichols and Tonnie Smith Nichols
Applicants Pro Per
8562 E 32nd St.
Phone:(918) 812-8578
Email: Tonnie2you@msn.com

Affirmed in the light of _12_, day of _December_ month of 20/ 9 A.D.

_B R Hill_

Brian R. Hill
Notary Public State of N w York
Qualified in Onondaga County
November 1, 2019
2020

11.   According to the Amendment **11**: The Judicial power of the United States shall not be construed to extend to any suit in law or equity, commenced or prosecuted against one of the United States by Citizens of another State, or by Citizens or Subjects of any Foreign State. The Claimants were dragged out of their home by court officers/agents, with **no** warrant and put in the street, left homeless as natural man and natural woman all because of the lack of justice to performed by this and the lower courts. There is no accountability for these private courts proceedings and the claimants require equitable relief.

● The Claimants have been railroaded to the point that this case needs to be re-evaluated because, of  agent DOWDELL's negligence and continuous remand of the case.

12. In closing, the case was removed from state court to this court and this court violated already in place orders in favor of The Claimants. This case also has become an unlawful precedence being sent in other cases around the world and according to article v and opinion from a judge does not settle the case for anyone or set the case as law. Article v.

Boris Nichols and Tonnie Smith Nichols,
Applicants Pro Per
8562 E 32nd St.
Tulsa, Oklahoma 74145
Phone: (918) 812-8578
Email:  Tonnie2you@msn.com
**Jurat**

JANETTA HARRIS
Notary Public in and for
STATE OF OKLAHOMA
Commission #99020512
Expires: February 8, 2020

State of _Oklahoma_ )
                                      ) ss
County of _Tulsa_ )

Subscribed and sworn (or affirmed) before me this _18_ th day of _Dec._ 2019.

Janetta Harris

**Notary Public**

1

2

**CERTIFICATE OF SERVICE**

3

Copies of Applicant's Violation Warning. Denial of Rights Under Color of Law In Opposition

4

were sent to the Clerk of the Court by Tonnie Nichols by hand delivery  and to Counsel as listed below

5

6

Jown Dowdell
333 W 4th St # 411, Tulsa, OK 74103

7

By: ~~Boris Nichols as Tonnie Nichols~~

8

        Boris Nichols
        Tonnie Smith Nichols

9

        Applicants Pro Per
        8562 E 32nd St.

10

        Tulsa, OK 74145
        Phone: (918) 812-8578

11

        Email: Tonnie2you@msn.com
        Boris Nichols, Pro Se Plaintiff

12

13

14

15

16

17

18

19

20

21

22

FOR THE STATE OF THE UNION OF New York

For the County of Onondaga, On the land. U.s.a.

=========================================================================

Statement of Truth of Facts of a Concerned National:

<u>**NATIONAL ORDER FOR COMPLIANCE**</u>

Now Comes, (i) Rochelle-Maretta: Brooks, Concerned, United States of America, Indigenous National, natural (Wo)man, Sur Juris, Mother, Sister, Cousin, Aunt, Friend of the People of the United States of America and as one of the People: Nunc pro tunc-this for then, that on the  day _16_, of _December_ /20 _19_ A.D. (i), (Wo)man, Rochelle-Maretta:Brooks, received first-hand, eye-witness testimony of and by the aggrieved natural (Wo)man and United States National Tonnie Smith Nichols, who has verified and provided proof of  ALL claims, on a point by point basis with, facts, regarding the matter of:

<u>Aggrieved: Boris Nichols and Tonnie Smith Nichols,</u>

A.R., Holder in Due Course, Sur Juris, Plaintiff, Claimant, al., ect.,

-v-

_U.S._ _BANK_ _____ al., ect.

Defendant/Respondent, al., ect.

======================================

And upon belief of the facts stated herein, and the matter(s) being adjudicated, (i) Natural (Wo)man, Rochelle-Maretta:Brooks, act and come forth with this JUDGEMENT/ORDER  FOR COMPLIANCE WITH EQUITABLE REMEDY, CURE AND MAINTENANCE OF THIS/THESE MATTER(S) OT POSSIBLE,  SEALED, FORWARD AND PRESENTED THIS/THESE MATTER(S) BEFORE AND ONLY TO THE GRAND JURY, IMMEDIATELY WITHOUT DELAY, AS TIME IS OF ESSENCE.

% Rochelle -Maretta:Brooks

/S/ _Brooks: Rochelle-Maretta_

™ © Boris Nichols ®

% Rochelle-Maretta: Brooks

/S/ _Brooks: Rochelle-Maretta_

™ © Tonnie Smith Nichols ®

_Brooks: Rochelle-Maretta_

/S/ ™ © Rochelle-Maretta:Brooks ®

% & RFD TO: 231 LILAC ST., SYRACUSE, NY

[00000-13208] ONONDAGA COUNTY, U.S.A.

™ © SYRACUSESTOLEFAITHANDHOPE®

Boris Nichols and Tonnie Smith Nichols
Applicants Pro Per
8562 E 32nd St.
Phone:(918) 812-8578
Email: Tonnie2you@msn.com

Affirmed in the light of _18_, day of _December_ month of 20_19_ A.D.

Brian R. Hall
Notary Public-State of N w York
Qualified in Onondaga County
No. HA... ...91...
... ... 2020

1

2

**CERTIFICATE OF SERVICE**

3

Copies of Applicant's Violation Warning. Denial of Rights Under Color of Law In Opposition

4

were sent to the Clerk of the Court by Tonnie Nichols by hand delivery  and to Counsel as
listed below

5

6

Jown Dowdell
333 W 4th St # 411, Tulsa, OK 74103

7

By: _Boris Nichols and Tonnie Nichols_

8

        Boris Nichols

9

        Tonnie Smith Nichols

        Applicants Pro Per

10

        8562 E 32nd St.

        Tulsa, OK 74145

11

        Phone: (918) 812-8578

        Email: Tonnie2you@msn.com

        Boris Nichols, Pro Se Plaintiff

12

13

14

15

16

17

18

19

20

21

22

Form **COL**

**Violation Warning**
**Denial of Rights Under Color of Law**

▶ Violation Warning—18 U.S.C. §242; 18 U.S.C. §245; 42 U.S.C. §1983

Name and address of Citizen
Tonnie Nichols and Boris Nichols
c/o 6562 e 32nd st tulsa ok 74145

Name and address of Notice Recipient
JOHN E DOWDELL
333 west fourth st. room 411
Tulsa, OK      74103

Citizen's statement:

THE FORCLOSURE CASE HAS NO MERIT, AND SHOULD BE VACATED
The slander of a contract that, was ever entered in the case, nor viewed by this person not court

I certify that the forgoing information stated here is true and correct.
**Citizen's signature**

▶ *Boris Nichols ; Tonny Nichol*   | Date ▶       12/17/2019

## Legal Notice and Warning

**Federal law provides that it is a crime to violate the Rights of a citizen under the color-of-law. You can be arrested for this crime and you can also be held personally liable for civil damages.**

Attempting to cause a person to do something by telling that person that such action is required by law, when it is not required by law, may be a felony.

**18 USC §242** provides that whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States ... shall be fined under this title or imprisoned not more than one year, or both.
**18 USC §245** provided that Whoever, whether or not acting under color of law, intimidates or interferes with any person from participating in or enjoying any benefit, service, privilege, program, facility, or activity provided or administered by the United States; [or] applying for or enjoying employment, or any perquisite thereof, by any agency of the United States; shall be fined under this title, or imprisoned not more than one year, or both.
**42 USC §1983** provides that every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress.

**Warning,** you may be in violation of Federal Law and persisting with your demand may lead to your arrest and/or civil damages! Also understand that the law provides that you can be held personally responsible and liable, as well as your company or agency.

**You are advised** to cease and desist with your demand and to seek *personal* legal counsel if you do not understand the law.

Notice of Service Boris and Tonnie Nichols,
I, *Boris Nichols, Tonnie Nichols* certify that I personally delivered this notice to above named recipient and address on _333 west fourth_ at _12 35 au._
Public Domain—Privacy Form COL(01)



room 411

JANETTA HARRIS
Notary Public in and for
STATE OF OKLAHOMA
Commission #99020512
Expires: February 8, 2020

Notary
Janetta Harris
12-20-2019

Untitled

cc:

DEPARTMENT OF JUSTICE
Attorney General William Barr
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

SUPREME COURT
attn:court of records
1 First St NE, Washington, DC 20543

Page 1

1

2                        **CERTIFICATE OF SERVICE**

3      Copies of Applicant's Violation Warning. Denial of Rights Under Color of Law In Opposition

4      were sent to the Clerk of the Court by Tonnie Nichols by hand delivery  and to Counsel as
       listed below

5

6      Jown Dowdell
       333 W 4th St # 411, Tulsa, OK 74103

7
                           By: _Boris Nichols and Tonnie Nichols_
8                               Boris Nichols
                                Tonnie Smith Nichols
9                               Applicants Pro Per
                                8562 E 32nd St.
10                              Tulsa, OK 74145
                                Phone: (918) 812-8578
11                              Email: Tonnie2you@msn.com
                                 Boris Nichols, Pro Se Plaintiff
12

13

14

15

16

17

18

19

20

21

22

Form **COL**

**Violation Warning**
**Denial of Rights Under Color of Law**

▶ Violation Warning—18 U.S.C. §242; 18 U.S.C. §245; 42 U.S.C. §1983

| Name and address of Citizen | Name and address of Notice Recipient |
|---|---|
| Tonnie Nichols and Boris Nichols | JOHN E DOWDELL |
| c/o 8562 e 32nd st tulsa ok 74145 | 333 west fourth st. room 411 |
| | Tulsa, OK    74103 |

Citizen's statement:

THE FORCLOSURE CASE HAS NO MERIT, AND SHOULD BE VACATED
The slander of a contract that, was ever entered in the case, nor viewed by this person not court

I certify that the forgoing information stated here is true and correct.
**Citizen's signature**

▶ *Boris Nichols ; Tonny Nhl*      | Date ▶      12/17/2019

## Legal Notice and Warning

**Federal law provides that it is a crime to violate the Rights of a citizen under the color-of-law. You can be arrested for this crime and you can also be held personally liable for civil damages.**

Attempting to cause a person to do something by telling that person that such action is required by law, when it is not required by law, may be a felony.

**18 USC §242** provides that whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States ... shall be fined under this title or imprisoned not more than one year, or both.
**18 USC §245** provided that Whoever, whether or not acting under color of law, intimidates or interferes with any person from participating in or enjoying any benefit, service, privilege, program, facility, or activity provided or administered by the United States; [or] applying for or enjoying employment, or any perquisite thereof, by any agency of the United States; shall be fined under this title, or imprisoned not more than one year, or both.
**42 USC §1983** provides that every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress.

**Warning**, you may be in violation of Federal Law and persisting with your demand may lead to your arrest and/or civil damages! Also understand that the law provides that you can be held personally responsible and liable, as well as your company or agency.

**You are advised** to cease and desist with your demand and to seek *personal* legal counsel if you do not understand the law.

Notice of Service Boris and Tonnie Nichols,
I, *Boris Nichols, Tonnie Nichols*, certify that I personally delivered this notice to above named recipient
and address on *333 west fourth* at *10 35 am*.
Public Domain—Privacy Form COL(01)



*room 411*

Notary
*Janetta Harris*
12-20-2019

JANETTA HARRIS
Notary Public in and for
STATE OF OKLAHOMA
Commission #99020512
Expires: February 8, 2020

# Untitled

cc:

DEPARTMENT OF JUSTICE
Attorney General William Barr
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

SUPREME COURT
attn:court of records
1 First St NE, Washington, DC 20543

Page 1